1  JULIAN BACH, ESQ., STATE BAR NO. 162421
   LAW OFFICE OF JULIAN BACH
2  7911 Warner Avenue
   Huntington Beach, California 92647
3  Telephone: (714) 848-5085
   Facsimile: (714) 848-5086
4  Attorney for Movant,
   ASSET-BACKED LENDING PARTNERS, LP,
5  THE JOYCE TUCKER IRREVOCABLE TRUST
   dated December 17, 2012, AMCA, LLC, THE
6  TUCKER FAMILY TRUST, dated April 23, 1999, AND
   THE DONALD W LITTLE and JUNE A LITTLE
7  SECOND RESTATED REVOCABLE LIVING TRUST
   dated 10/31/2013

8

9                  UNITED STATES BANKRUPTCY COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  In re                              )   Case No. 15-51630
                                       )
13  TORTIA INVESTMENTS, LLC,           )   Rs. No. JKB-01
                                       )
14       Debtor and Debtor-in-Possession. )   Chapter 11
    ─────────────────────────────────  )
15  ASSET-BACKED LENDING PARTNERS, LP, )   **MOTION FOR RELIEF FROM THE**
    THE JOYCE TUCKER IRREVOCABLE TRUST )   **AUTOMATIC STAY**
16  dated December 17, 2012, AMCA, LLC, THE )
    TUCKER FAMILY TRUST, dated April 23, 1999,)   Hearing-
17  AND THE DONALD W LITTLE and JUNE A)
    LITTLE SECOND RESTATED REVOCABLE)   Date:   February 5, 2016
18  LIVING TRUST dated 10/31/2013,     )   Time:   10:00 a.m.
                                       )   Place:  Courtroom 3020
19           Movant,                   )           U.S. Bankruptcy Court
    v.                                 )           280 S. First Street
20                                     )           San Jose, CA 95113
    TORTIA INVESTMENTS, LLC, Debtor and)
21  Debtor-in-Possession,              )
                                       )
22           Respondents.              )
    ─────────────────────────────────  )
23

24       TO THE HONORABLE M ELAINE HAMMOND, UNITED STATES BANKRUPTCY

25  JUDGE; DEBTOR AND ITS COUNSEL OF RECORD; THE OFFICE OF THE U.S.

26  TRUSTEE; THE TOP 20 UNSECURED CREDITORS; AND TO ALL INTERESTED

27  PARTIES:

28                              1

COMES now Movant ASSET-BACKED LENDING PARTNERS, LP, THE JOYCE TUCKER IRREVOCABLE TRUST dated December 17, 2012, AMCA, LLC, THE TUCKER FAMILY TRUST, dated April 23, 1999, AND THE DONALD W LITTLE and JUNE A LITTLE SECOND RESTATED REVOCABLE LIVING TRUST dated 10/31/2013 ("Movant"/"Secured Creditor"), by and through its undersigned counsel of record, and hereby moves this Court for an Order for Relief From The Automatic Stay pursuant 11 U.S.C. §362 to exercise its remedies under its Deed of Trust and California law, including, but not limited to foreclosure upon and sale of real properties located at 3292 Martin Road, Carmel, California 93923 and the vacant lot located at 3306 Martin Road, Carmel, California (hereinafter "the Subject Properties"), upon the following facts and circumstances, as shown by the accompanying Statement of Indebtedness and Declaration of Ken Thayer and exhibits filed in support thereof:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §§361 and 362 and Rules 4001, 9013, 9014 of the Federal Rules of Bankruptcy Procedure. This is a core proceeding under 28 U.S.C. §157(b)(2).

2. Movant holds the first trust deed secured against the subject properties consisting of the residential real property located at 3292 Martin Road, Carmel, California 93923 and the vacant lot located at 3306 Martin Road, Carmel, California, as evidenced by a Promissory Note (the "Note") in the original amount of $1,393,000.00 and secured by a Deed of Trust.

3. Pursuant to the terms of the subject loan documents, the Debtor was to tender payments to Movant in the amount of $13,930.00 per month, commencing February 21, 2014, and each month thereafter, at an interest rate more fully set forth therein. Pursuant to the terms of the subject loan documents and Maturity Extension Agreement, the subject loan fully matured on March 23, 2015.

4. As more fully set forth in the Declaration of Ken Thayer filed concurrently herewith, the subject loan has fully matured and the total amount due and owing to Movant is $1,599,015.81.

2

5.     According to the Debtor's Amended Schedule A - Real Property filed in this proceeding, the Debtor values the subject properties at $1,300,000.00 for the 3292 Martin Rd property and $300,000 for the 3306 Martin Rd property. Further, pursuant to the Court's records in this proceeding and the Debtor's Amended Schedule D - Creditors Holding Secured Claims, Movant is informed and believes that there is a second Deed of Trust secured against the subject properties in favor of Donald K Reitzfeld (identified in the schedules as Spotlight Lending) with a balance due and owing in the amount of $415,090.00, which has already obtained relief from the automatic stay and foreclosed upon the subject properties. There is also a third Deed of Trust secured against the subject properties in favor of Tom Munkers with a balance due and owing in the amount of $31,500.00, a fourth Deed of Trust secured against the subject properties in favor of Edward R Wasniowski with a balance due and owing in the amount of $53,000.00, a sixth Deed of Trust secured against the subject properties in favor of Dean Varney with a balance due and owing in the amount of $160,000.00, a seventh Deed of Trust secured against the subject properties in favor of Daniel Kim with a balance due and owing in the amount of $200,000.00, and unpaid real property taxes due and owing to the County of Monterey in the amount of $12,000.00.

6.     On May 13, 2015, the Debtor voluntarily commenced the instant bankruptcy proceeding and remains a debtor-in-possession. No disclosure statement and/or Plan of Reorganization have been filed as of this date.

**WHEREFORE** Movant prays for an Order as follows:

1.     Granting immediate relief from the automatic stay pursuant to 11 U.S.C. Section 362 for all purposes necessary under state law, including, but not limited to, foreclosure upon and sale of the subject property;

2.     In the alternative, if immediate relief is not granted, granting Movant adequate protection;

3.     For an Order waiving the 14 day stay described by Bankruptcy Rule 4001(a)(3); and

1    4.    For such other and further relief as is just and proper in this matter.

2    Dated: January 19, 2016                     LAW OFFICE OF JULIAN BACH

3                                         By: _____

4                                         JULIAN BACH, ESQ.
                                          Attorney for Movant,
5                                         ASSET-BACKED LENDING
                                          PARTNERS, LP, THE JOYCE
6                                         TUCKER IRREVOCABLE TRUST
                                          dated December 17, 2012, AMCA,
7                                         LLC, THE TUCKER FAMILY
                                          TRUST, dated April 23, 1999, AND
8                                         THE DONALD W LITTLE and JUNE
                                          A LITTLE SECOND RESTATED
9                                         REVOCABLE LIVING TRUST dated
                                          10/31/2013

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        4