1  JULIAN BACH, ESQ., STATE BAR NO. 162421
   LAW OFFICE OF JULIAN BACH
2  7911 Warner Avenue
   Huntington Beach, California 92647
3  Telephone: (714) 848-5085
   Facsimile: (714) 848-5086

The following constitutes
the order of the court. Signed February 8, 2016

_M. Elaine Hammond_
M. Elaine Hammond
U.S. Bankruptcy Judge

Attorney for Movant,
ASSET-BACKED LENDING PARTNERS, LP,
THE JOYCE TUCKER IRREVOCABLE TRUST
dated December 17, 2012, AMCA, LLC, THE
TUCKER FAMILY TRUST, dated April 23, 1999, AND
THE DONALD W LITTLE and JUNE A LITTLE
SECOND RESTATED REVOCABLE LIVING TRUST
dated 10/31/2013

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 15-51630 |
| TORTIA INVESTMENTS, LLC, | Rs. No. JKB-01 |
| Debtor and Debtor-in-Possession. | Chapter 11 |
| ASSET-BACKED LENDING PARTNERS, LP, THE JOYCE TUCKER IRREVOCABLE TRUST dated December 17, 2012, AMCA, LLC, THE TUCKER FAMILY TRUST, dated April 23, 1999, AND THE DONALD W LITTLE and JUNE A LITTLE SECOND RESTATED REVOCABLE LIVING TRUST dated 10/31/2013, | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | Hearing- |
| v. | Date: February 5, 2016 |
| TORTIA INVESTMENTS, LLC, Debtor and Debtor-in-Possession, | Time: 10:00 a.m. |
| Respondents. | Place: Courtroom 3020 |
| | U.S. Bankruptcy Court |
| | 280 S. First Street |
| | San Jose, CA 95113 |

Movant ASSET-BACKED LENDING PARTNERS, LP, THE JOYCE TUCKER IRREVOCABLE TRUST dated December 17, 2012, AMCA, LLC, THE TUCKER FAMILY TRUST, dated April 23, 1999, AND THE DONALD W LITTLE and JUNE A LITTLE SECOND

1

RESTATED REVOCABLE LIVING TRUST dated 10/31/2013's ("Movant") Motion For Relief From the Automatic Stay was scheduled for hearing on February 5, 2016, the Honorable M Elaine Hammond, United States Bankruptcy Judge presiding. All appearances are per Court record.

The Court, having reviewed the pleadings, the Court's file, and with good cause appearing therefor, Orders as follows:

**IT IS HEREBY ORDERED** that the automatic stay in the above-entitled bankruptcy case is modified as to Movant its assignees and successors in interest to allow Movant to foreclose and hold a Trustee's Sale of the subject properties located at 3292 Martin Road, Carmel, California and 3306 Martin Road, Carmel, California and legally described in Movant's deed of trust which was recorded as follows:

> **DEED OF TRUST RECORDED IN THE COUNTY OF MONTEREY ON JANUARY 22, 2014 AS DOCUMENT: 2014003225**

pursuant to applicable state law, and to commence proceedings to obtain possession under state law.

**IT IS FURTHER ORDERED** that the 14 day period prescribed by Bankruptcy Rule 4001(a)(3) is waived.

***END OF ORDER***

COURT SERVICE LIST

ALL SERVED BY ECF